02-10-334-CR














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00344-CR 

 

 


 
 
 Jerry Minor
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM County Criminal Court No. 2 OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

          We have considered appellant’s AMotion
To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                   PER
CURIAM

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED:  November 10, 2010











[1]See Tex. R. App. P. 47.4.